# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| **DIANNA G. GARDNER**, by and through her Attorney-in-Fact, Kelly Strunk, | : Master Case No. 1:20cv209 |
| | : |
| | : Judge Matthew W. McFarland |
| Plaintiff, | : |
| v. | : |
| **MAUREEN M. CORCORAN**, in her official capacity as DIRECTOR of the OHIO DEPARTMENT OF MEDICAID, | : |
| Defendant. | : |

## JUDGMENT IN A CIVIL CASE

  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  That under the doctrine of res judicata, the judgment rendered in the Hamilton County Court of Common Pleas bars this federal action. Accordingly, the Court **GRANTS** the Director's motion to dismiss and **TERMINATES** this case from its docket.

September 30, 2021.

                   Richard W. Nagel, Clerk of Court
                   By:  */s/ Kellie A. Fields*
                      Deputy Clerk